**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

In the Interest of Bryson W., a Juvenile Under the Age of Seventeen, Appellant.

Appellate Case No. 2012-212610

Appeal From Greenwood County
Brian M. Gibbons, Family Court Judge

Unpublished Opinion No. 2014-UP-004
Submitted November 1, 2013 – Filed January 8, 2014

### APPEAL DISMISSED

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

**PER CURIAM:** Dismissed pursuant to Rule 220(b), SCACR, and the following authorities: *Byrd v. Irmo High Sch.*, 321 S.C. 426, 431, 468 S.E.2d 861, 864 (1996) ("This [c]ourt will not pass on moot and academic questions or make an adjudication where there remains no actual controversy."); *id.* ("'A case becomes moot when judgment, if rendered, will have no practical legal effect upon an existing controversy.'" (quoting *Mathis v. S.C. State Highway Dep't*, 260 S.C. 344,

346, 195 S.E.2d 713, 715 (1973))); *Sloan v. Friends of Hunley, Inc.*, 369 S.C. 20, 26-27, 630 S.E.2d 474, 478 (2006) (noting even if an issue is moot, the court may address it when the issue is capable of repetition, yet evading review, but adding "the action must be one which truly evade[s] review").

**APPEAL DISMISSED.**[1]

**WILLIAMS, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.